UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT TORRES., <br><br>                    Plaintiff, <br><br>        v. <br><br> NATIONAL RAIROAD PASSENGER CORPORATION, <br><br>                    Defendant. | 23-CV-4872 (DEH) <br><br> **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 11, 2023
       New York, New York

                                                      DALE E. HO
                                            United States District Judge