UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT TORRES,

                             Plaintiff,                      **23 Civ. No. 4872 (DEH) (GS)**

          -against-                               **PRE-SETTLMENT
CONFERENCE ORDER**

NATIONAL RAILROAD PASSENGER
CORPORATION,

                             Defendant.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Telephone Conference on **Tuesday, December 12, 2023 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 788 019 592#.**

       SO ORDERED.

DATED:    New York, New York
               December 6, 2023

                                                    _____
                                                    GARY STEIN
                                                    United States Magistrate Judge