UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT TORRES,

                        Plaintiff,                     **23 Civ. No. 4872 (DEH) (GS)**

        -against-                       **ORDER SCHEDULING VIDEO**
                                                                        **SETTLEMENT CONFERENCE**

NATIONAL RAILROAD PASSENGER
CORPORATION,

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      A video settlement conference in this matter is scheduled on **Tuesday January 30, 2024 at 2:00 p.m.** by Microsoft Teams. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. As stated therein, the parties must submit *ex parte* settlement letters must be submitted to the Court no later than five days prior to Conference.

      **SO ORDERED.**

DATED:    New York, New York
                 December 12, 2023

                                                                    _____
                                                                    The Honorable Gary Stein
                                                                    United States Magistrate Judge